**No. 10-9413. Leopoldo Aguado-Guel, Petitioner v. Bruce Pearson, Warden.**

563 U.S. 1002, 131 S. Ct. 2452, 179 L. Ed. 2d 1236, 2011 U.S. LEXIS 3564.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 408 Fed. Appx. 826.

**No. 10-9439 (10A933). Joe Teague, Petitioner v. North Carolina Department of Transportation.**

563 U.S. 1002, 131 S. Ct. 2454, 179 L. Ed. 2d 1236, 2011 U.S. LEXIS 3577,

May 16, 2011. Application for stay, addressed to Justice Alito and referred to the Court, denied. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 403 Fed. Appx. 872.